2635.   WIMPEE v. THE STATE.

HILL, C. J.   No error of law is complained of, and there is some evidence to
support the verdict.                    *Judgment affirmed.*

Indictment for sale of liquor; from Haralson superior court—
Judge Edwards.   April 14, 1910.          .

Submitted June 1,—Decided June 14, 1910.

*Griffith, Weatherly & Matthews,* for plaintiff in error.          .

*W. K. Fielder, solicitor-general,* contra.